**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7876**

_____

CHRISTOPHER L. HARRIS,

              Petitioner - Appellant,

        v.

KAREN F. HOGSTEN, Warden,

              Respondent - Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Senior District Judge. (1:13-cv-11595)

_____

Submitted: March 27, 2014         Decided: April 1, 2014

_____

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher L. Harris, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher L. Harris, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Harris v. Hogsten, No. 1:13-cv-11595 (S.D.W. Va. Nov. 13, 2013). We deny Harris' motion for an injunction in which he seeks immediate release from prison. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2